1 | ALEXANDER B. CVITAN (SBN 81746),
   | MARSHA M. HAMASAKI (SBN 102720), and
2 | ANDREW L. BIRNBAUM (SBN 174912), Members of
   | REICH, ADELL & CVITAN
3 | A Professional Law Corporation
   | 3550 Wilshire Boulevard, Suite 2000
4 | Los Angeles, California  90010-2421
   | Telephone: (213) 386-3860
5 | Facsimile: (213) 386-5583
   | E-Mails: alc@rac-law.com; marshah@rac-law.com; andyb@rac-law.com
6 |
   | Attorneys for Construction Laborers Trust Funds for
7 | Southern California Administrative Company, LLC

8 |                 UNITED STATES DISTRICT COURT

9 |        CENTRAL DISTRICT OF CALIFORNIA, RIVERSIDE DIVISION

10 |

11 | CONSTRUCTION LABORERS TRUST FUNDS ]    CASE NO.
    | FOR SOUTHERN CALIFORNIA          ]    EDCV 08-1080 VAP (OPx)
12 | ADMINISTRATIVE COMPANY, a Delaware ]
    | limited liability company,       ]
13 |                                   ]    ORDER TO SHOW CAUSE RE
    |                      Plaintiff,  ]    CONTEMPT
14 |                                   ]
    |      vs.                         ]
15 |                                   ]
    |                                  ]
16 | PACIFIC WEST STRUCTURES, INC., a  ]
    | California corporation,          ]
17 |                                   ]
    |                      Defendant.  ]
18 | _____ ]

19 |     Upon review of the Application of the Plaintiff ("TRUST

20 | FUNDS") seeking an order requiring Defendant, PACIFIC WEST

21 | STRUCTURES, INC., a California corporation through its president

22 | and responsible managing officer and CEO Joe Garcia ("EMPLOYER")

23 | to show cause why they should not be adjudged in civil contempt

24 | for failing and refusing to obey this Court's Interlocutory Order

25 | for Accounting entered on November 7, 2008, which requires

26 | EMPLOYER to produce books and records to the TRUST FUNDS for an

27 | audit, and to cooperate in all respects therewith for the TRUST

28 | FUNDS to determine whether EMPLOYER has complied with the

-1-

reporting and payment obligations of its labor agreements and/or to determine the full amount of contributions due by the EMPLOYER to the TRUST FUNDS and any damages to the TRUST FUNDS for failure to pay any such contributions:

IT IS HEREBY ORDERED THAT:

1.   EMPLOYER, through its president and responsible managing officer and CEO Joe Garcia is ordered to appear before the above-entitled Court on **MARCH 2, 2009**, at 10:00 a.m., in Courtroom 2 of the United States District Courthouse, located at 3470 Twelfth Street, Riverside, California 92501, and show cause, if any, why an order should not be entered adjudging them guilty of failing and refusing to obey this Court's Interlocutory Order for Accounting.

2.   Service of a copy of this Order and of the Application upon which this Order is based shall be made by mail to EMPLOYER and Joe Garcia at least ten (10) days prior to the hearing.

3.   If EMPLOYER and/or Joe Garcia choose to file papers in opposition to the Order to Show Cause Re Contempt, they must do so no later than five (5) days before the hearing.


DATED: February 13, 2009

HON. VIRGINIA A. PHILLIPS, Judge of
the United States District Court
Central District of California


PRESENTED BY:
REICH, ADELL & CVITAN
A Professional Law Corporation

By:   _____/s/_____
      ANDREW L. BIRNBAUM
      Attorneys for Plaintiff

-2-