MARSHA M. HAMASAKI (SBN 102720), Member of
REICH, ADELL & CVITAN
A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, CA 90010
Tel: (213) 386-3860; Fax: (213) 386-5583
Email: marshah@rac-law.com

# 181765

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC,<br><br>Plaintiff(s)<br><br>v.<br><br>PACIFIC WEST STRUCTURES, INC., a California corporation; and JOE MANNUAL GARCIA, DOE 1 through DOE 5 inclusive.<br><br>Defendant(s) | CASE NUMBER<br><br>EDCV 08-1080 DMG (OPx)<br><br>**AMENDED**<br><br>ORDER TO APPEAR FOR EXAMINATION RE:<br>INCLUDES EXHIBIT 1.<br><br>☒ ENFORCEMENT OF JUDGMENT<br>☐ ATTACHMENT(Third Person)<br><br>☒ Judgment Debtor  ☐ Third Person |

The Court, having considered the Application for Appearance and Examination Re: Enforcement of Judgment/Attachment, hereby **ORDERS** the Application ☒ **GRANTED**  ☐ **DENIED**.

**TO:** JOE MANNUAL GARCIA also known as JOE MANNUEL GARCIA
        *(Name of person to Appear)*

**YOU ARE ORDERED TO APPEAR** personally before the Honorable Magistrate Judge Oswald Parada, to:

☒  furnish information to aid in enforcement of a money judgment against you, and to produce documents set forth in Exhibit "1" at the time of the examination.
☐  answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
☐  answer concerning property of the defendant in your possession or control concerning a debt you owe the defendant that is subject to attachment.

---

**Date of appearance:** January 9, 2013   **Courtroom:** No. 3, Third Floor   **Time:** 9:30 a.m.

**Location of Appearance:**
☐ Spring Street Courthouse, 312 N. Spring Street, Los Angeles, CA
☐ Roybal Courthouse, 255 E. Temple, Los Angeles, CA
☐ Santa Ana Courthouse, 411 W. Fourth Street, Santa Ana, CA
☒ Riverside Courthouse, 3470 Twelfth Street, Riverside, CA

---

This Order may be served by a Marshal, sheriff, registered process server, **or** the following, specially appointed person: _____
                    *(Name of appointed process server)*

Date: 10/26/12                                        _____
                                                      HON. OSWALD PARADA, U.S. Magistrate Judge

---

## APPEARANCE OF JUDGMENT DEBTOR (ENFORCEMENT OF JUDGMENT)

NOTICE TO JUDGMENT DEBTOR: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

## APPEARANCE OF A THIRD PERSON
## (ENFORCEMENT OF JUDGMENT)

(1) NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the judgment creditor in this proceeding.

(2) NOTICE TO JUDGMENT DEBTOR: The person in whose favor the judgment was entered in this action claims that the person to be examined pursuant to this order has possession or control of property which is yours or owes you a debt. This property or debt is as follows: *(Clearly describe the property or debt. Print or type the description. Use an additional sheet of paper, if necessary.)*

If you claim that all or any portion of this property or debt is exempt from enforcement of the money judgment, you MUST file your exemption claim *in writing* with the court and have a copy personally served on the judgment creditor not later than three (3) days before the date set for the examination.

You MUST appear at the time and place set for the examination to establish your claim of exemption or your exemption may be waived.

## APPEARANCE OF A THIRD PERSON (ATTACHMENT)

NOTICE TO PERSON SERVED: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney fees incurred by the plaintiff in this proceeding.

## APPEARANCE OF A CORPORATION, PARTNERSHIP, ASSOCIATION, TRUST, OR OTHER ORGANIZATION

It is your duty to designate one or more of the following to appear and be examined: officers, directors, managing agents, or other persons who are familiar with your property and debts.

EXHIBIT "1"

## EXHIBIT "1"

## DOCUMENTS TO BE PRODUCED

## BY JUDGMENT DEBTOR

### DEFINITIONS

1. "Judgment Debtor" refers to JOE MANNUAL GARCIA also known as JOE MANNUEL GARCIA, an individual, the person ordered to appear for examination both as an officer of debtor Pacific West Structures, Inc. and as an individual judgment debtor.

2. "Pacific West" refers to Pacific West Structures, Inc., a corporation, the entity that holds judgment rendered against it in this case.

3. This request calls for all documents in Judgment Debtor's actual or constructive possession, custody, control or care, including, but not limited to, those documents in the actual or constructive possession, custody or control of any lawyer, employee or other agent of Judgment Debtor.

4. "DOCUMENT(S)" include any writing or record known to Judgment Debtor or Judgment Debtor's attorney, or any type or description, including but not limited to, originals (or if Judgment Debtor lacks the original, whatever type of copy Judgment Debtor has), correspondence, letters, agreements, telegrams, teletypes, mailgrams, interoffice communications,

-1-

intra office communication, memoranda, reports, notes, notebooks, diaries, minutes, photographs, microfilm, tape recordings, account cards and book, computer tapes, cards and printouts, and all other documentary material, including any nonidentical copy (whether different from the original because of any nonidentical copy (whether different from the original because of any alterations, notes, comments, or other materials contained thereon or attached thereto and whether it is a draft or final.

5. As to each class of DOCUMENTS requested, please produce all DOCUMENTS for the period from June 2006 to the date of production of said documents.

## DOCUMENTS TO BE PRODUCED

1. All financial statements prepared by and/or on behalf of Judgment Debtor and Pacific West.

2. All original monthly bank statements of Judgment Debtor for all business checking accounts and all savings accounts including but not limited to those relating to Pacific West.

3. All original savings account pass books, certificates of deposit and trust certificates in the name of Judgment Debtor and Pacific West.

4. All original negotiable instruments and negotiable

-2-

181763.1

securities in the name of, or owned by, Judgment Debtor.

5. Original cash disbursement journals maintained by Judgment Debtor and Pacific West.

6. Copies of all accounts receivables of Judgment Debtor and Pacific West and all invoices in support of the accounts receivables.

7. All documents of title and registration for all vehicles and equipment in which the Judgment Debtor has an ownership interest.

8. Documents of title for all real estate, including any leases, in which the Judgment Debtor owns/or has an ownership interest.

9. All evidence of the Judgment Debtor's ownership interest in any corporation, partnership, unincorporated association or any business organized or conducted for the production of income, or dividends or other compensation including, but not limited to Assets Care and Management Services, Inc., a corporation.

10. All evidence of any income received by Judgment Debtor from any source, including but not limited to Federal and State tax returns, promissory notes, insurance proceeds, repayment of loans, or receipt of income by gift, bequest or devise, and from Assets Care and Management Services, Inc., and/or through work as an employee and/or independent contractor.

181763.1

11. All the Judgment Debtor's job files for each contract, project or job on which the Judgment Debtor worked, including all documents, agreements, and contracts between the Judgment Debtor and any property owner, general contractor, subcontractor, builder and developer, field records, job records, notices, project logs, supervisor's diaries or notes, employees' diaries, memorandum and releases.

12. All evidence of any income, commissions, divided payments, bonuses and/or any other forms of compensation received by Judgment Debtor.

13. All evidence of any debts or payments owed by Judgment Debtor including but not limited to those arising from loans or judgments.

14. All evidence indicating that Judgment Debtor was either a plaintiff or defendant in any lawsuit.

15. Any and all evidence indicating that Judgment Debtor received any judgment, award, bequest or devise in any lawsuit or other action.

16. All evidence indicating that Judgment Debtor has an ownership interest in any patent, invention, trade name, trademark or copyright.

17. All evidence of safety deposit boxes controlled by the Judgment Debtor and/or by directors, officers or managing employees of Judgment Debtor and Judgment Debtor's behalf to

-4-

which the Judgment Debtor has access, including the name and address of the bank or other institution where the safety deposit boxes are located.

18. All evidence of any transfers of real and/or personal property by Judgment Debtor to any officer, director, shareholder and/or managing employee of the Judgment Debtor.

19. All records, documents or evidence of any equipment, vehicles, materials, accounts, monies, of Judgment Debtor transferred to any other third party.