UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | EDCV 08-1080-DMG (KKx) | Date | February 2, 2017 |
|---|---|---|---|
| Title | Construction Laborers Trust Funds for Southern California Administrative Company v. Pacific West Structures, Inc. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge |
|---|---|

| Deb Taylor | RS-4 02-02-17 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney Present for Plaintiff/Judgment Creditor: | Attorney Present for Defendant/Judgment Debtor: |
| Marsha M. Hamasaki | None |

**Proceedings:    ORDER TO SHOW CAUSE**

Defendant and judgment debtor, Joe Mannual Garcia is ordered to appear on **April 27, 2017, at 10:00 a.m.** before this Court, located in Courtroom 4, 3rd floor, United States Courthouse, 3470 12th Street, Riverside, California 92501, and show cause why he should not be held in contempt of Court for his failure to attend a judgment debtor examination on February 2, 2017, 10:00 a.m.

cc:    Joe Mannual Garcia
       13901 Woodland Drive
       Fontana, CA 92337

Initials of Deputy Clerk    dts